JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS SAMUEL BARAHONA- POSADAS,

    Defendant.

No. CR19-17JLR

~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE INDICTMENT DEADLINE

THE COURT has considered the unopposed motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about February 21, 2019, to February 27, 2019.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to February 27, 2019.

IT IS FURTHER ORDERED that the period of delay from on or about February 21, 2019 to February 27, 2019, is excludable time pursuant to 18 U.S.C. §

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND THE INDICTMENT DEADLINE - 1
USA v. Barahona-Posadas / CR19-017-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 6th day of February, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Dennis Samuel Barahona-Posadas

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND THE INDICTMENT DEADLINE - 2
USA v. Barahona-Posadas / CR19-017-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100